IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv614-WHA |
| ) | |
| COCA-COLA COMPANY DISTRIBUTOR, ) | (WO) |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered on this day in this case,

Final Judgment is entered in favor of the Defendant, Coca-Cola Bottling Company, and against the Plaintiff, Ronnie McClain, and this case is DISMISSED with prejudice.

DONE this 16th day September, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE